UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JAMAL PETROLEUM ET AL | * | CIVIL ACTION NO. 2:15-cv-2040 |
| v. | * | JUDGE MINALDI |
| TOMMY CHASSION ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 8) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Complaint (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 11 day of April, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE